Matter of Gabbard v New York State Off. of Children & Family Servs. (2023 NY Slip Op 04839)

Matter of Gabbard v New York State Off. of Children & Family Servs.

2023 NY Slip Op 04839

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, MONTOUR, OGDEN, AND DELCONTE, JJ.

593 TP 23-00552

[*1]IN THE MATTER OF MICHELLE M. GABBARD, PETITIONER,
v
NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES, MONROE COUNTY DEPT. OF SOCIAL SERVICES, AND NEW YORK STATE CENTRAL REGISTER OF CHILD ABUSE AND MALTREATMENT, RESPONDENTS. 

CHARLES D. STEINMAN, ESQ., PLLC, FAIRPORT (CHARLES D. STEINMAN OF COUNSEL), FOR PETITIONER.
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (KATHLEEN M. TREASURE OF COUNSEL), FOR RESPONDENTS. 

 Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Monroe County [Gail Donofrio, J.], entered November 18, 2022), to review a determination of respondent New York State Office of Children and Family Services. The determination denied petitioner's application to amend an indicated report of maltreatment to unfounded. 
It is hereby ORDERED that the determination is unanimously confirmed without costs and the petition is dismissed.
Entered: September 29, 2023
Ann Dillon Flynn
Clerk of the Court